3:23-CV-00212-SLG

OVR Inmate Lee Roy Key Witness Darryl Jones Natasha Rey L Butler ... 222-7771 o 272-1494

RECEIVED SEP 13 2023 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

9-07-23 State Govs Mike Miscarriage of Justice e Backstabbing Copy

In The United States District Courtroom The State of Alaska Govs Mockery of Justice At Anchorage 222 W. 7th DA Bail Lawyer PO Little File Mockery of FBI Deputy

| ACLU. Legal Pardon Lee Roy J. Stansberry PO Little Sherman Jones Natasha Warren 222-7771 26 Mehance. AKPD 279-0454 U.S. Marshal Bob 269-5100 Applications To Ward. Vs. Entry Department of Corrections Supts Lyon Thomas Hernandez, P.O. Timothy Burgess Chief Lt Gov Dahlstrom Rey L Butler Megan Roak Govs Dunleavy. FBI. 276-4444 Defendants Mockery of Justice | FBI Mockery of Misconduct Punitive Damage Cv. 00211-[illegible] Cv-00 213-JMK DA Clerk Ente 9-07-23 OVR Prisoners Lee Roy J. Stansberry Request To File Criminally Contempts of D.O.C. Supts Obstruction of Justice Action To Falsify Military Police Information Perjury To Block Mykel S.J. Lawyer Court O Blender Oath 18 U.S.C 1503 |
|---|---|

A-FBI Mockery of Justice Damage the Department of Corrections Supts Obstruction of Justice Action To Falsify Law Enforcement Office Information Under Oath 18.U.S.C.1503 FBI Subpoena "Update On 9-07-2023 OVR Inmate Lee Roy J Stansberry Application To Entry Criminally Contempts of DOC Supts Obstruction of Justice Bail Release Due On 19 Sept 2023 Time 9:30 am By PO Little Rey Con

U.S.M. 285 1 of 4 Govs Key With Rey L

Slate up Mass DOC Supts Miscarriage of Justice Discriminates Damaged By Gov Dunleavy 266-5100

Locker Fu Problem

D.O.C Inmate Key Witnes
Darryl Jones Natasha Warns
Rey Bell 745 W 4th Ave
300 Anch. AK 99501
3AN-17-01947 CR A-13241

Page 2 Under
Oath 18 U.S.C
1503

B D.O.C Supts Obstruction of Justice
The Department of Corrections Supts Hernandez, Thomas Lyon F False State Trooper Information Fraud Under Oath 18 U.S.C. 1503 FBI. Hate Crime

1st Updates On 7 Sept. 2023
Certified ACLU Responsible For Alaska Inmate Lee Roy J Stansberry Request To Files Criminal Complaints of DOC Supts Obstruction Of Justice Legal Damage Action To Falsify Military Police Information To Jail House Rats Sanchez Rodriguez DOC 765094 FBI Rats

2nd P.O. Little Re Classification of Lee Roy J. Stansberry Appointed Lawyer Merry Motion To Correct Illegal-Sentence Jails Under Time Severity Release Under Oath AS-11.56.200. Criminal Rule 35a.3 (d)

3rd Alaskan FBI Corrupted Colys Michael J. Dunleavy Decision To Imposed Miscarriage of Justice Discrimination Punitive Damaged On Lee Roy J Stansberry Legal Rights Bail Accomplice Natasha Correct Judge Ghillie Illegal Sentence Release Colys Mike Du PO Little FBI 3AN-17-01947 CR Colys Mike Key Dunleavy Rey

U.S M. 285. Page 2 264-4107 5100
9-07-23

Case 3:23-cv-00212-SLG Document 1 Filed 09/13/23 Page 2 of 8

FBI Corruption Public Defen der Lawbreakers Agency Ady 820 W 4th Ave 4974 Thys 264-3510

DED Appeal SCUM

CV # Brandon Kex
Withea Sherman T.
Nitesh Derry Pamela
Rev 272-7497

Page 3 Under
Cit 42 USC 2000

C # FBI Corruption Lawyer Police Hate Crime

1 # Certified On 7 Sept. 2023 ACLU Responsible to Legally Protective Inmate Lee Ray J. Stanshorn From FBI Corruption Lawyer Police Hate Crime Statements By Rex L. Butler Megan M Rowe Darryl L Jones Nitasha Norris Court Bail Release Hearing Due On 19 Sept 23 . 222-7721 or 272-1497

2 # ACLU Legal Responsibility To Supported Inmate Stanshorn Request to Subpoena FBI False State Trooper Search Warrant Elec Copy for Stanshorn Behalf in 2003 Palmer & APA Alaska in 2006 in 3AN-06-06-00477 CR Volland & Cutler 2006 276-7259

3 # ODLR Legal Responsibility 754-3460 To Protection Lee Ray J. Stanshorn From FBI More Corrupted Judge Associations of Timothy M. Burgess Pamela S. Washington Herman Walker Jr Sidney Billingsle Supreme Justice Bolger Action of Reckless Endangerment To Mockery of Justice Discrimination Punitive Damage Under Cit 42 U.S.C 2000 FBI Appointed Burgess TMB Indicted Ocpc USM 205 269-3100 Timothy Burgess

Page 3 Sept 23 Rev

Nikki Crabtree Bear FPD

DOC Staffs Making False Law Enforcement Information To Warner Inmate at 2023 Sept

Mr Stensherre Ley Purdin
Lawyer Reports Ay
Darryl Jones Watch Warren
Williams L 3AN-06644776
222-7771 - AC 279-4484

In The United States District Courtroom
For The State of Alaska Gov Mockery of Justice
At Anchorage. 222 W 7th Ave FBI
D.O.C. Sunk File on 9-07-23

The Department of Corrections
Supts Agreeing T Released Inmate
Lee Roy T. Stensherre From FBI
Obstruction of Justice Damaged
False Criminally Judicial Officer
Information Under Oath 18 USC 1503
28 USC 2254 85 Habeas Corpus
Relief Judgment Hearing Due On 19 Sept 23
C9-[illegible] 3AN-06-04477CR A-13091

Lee Roy PO Little 9-07-2023
FBI Appointed Darryl
L Jones I Agree I Testify
Mr Stensherre [illegible] Hearing

FBI Impeachment By St Timothy M Burgess Indicted
9-07-23 Chief Judge Timothy M. Burgess
[illegible] 677-6100

FBI corrupted act St Gleason Rey Indicted.
276-4444 U.S District Judge Sharon Gleason
False Witness Information Report

Gov. St Mike Dunleavy 9-07-2023
State Gov Dunleavy Decision
T Impose FBI Mockery of Justice
Relief From False State Troops Fraud [illegible]
Order Oath 28 U.S.C 2253 [illegible] Purdin Action

O.V. Amicable Application For Writ of Habeas Corpus Relief From FBI Mockery of Justice [illegible]

Rwanda Mu. [illegible] 2003 [illegible] Obs Corrupted [illegible]

Ndtatoo Moore

2772-14 Rep L Bottle DOC Supt
97 9-09-23 Mcalees of Police Hotel Mail Crim

Alaska FBI Corrupted Prison

Undercon Mail Police Blackmailed

18 U.S.C. 1503 By CO With Supt Thomas Lyon PO Little

677-6101

DAVID L STANSBERRY
4434 RALSTON AVE
INDIANAPOLIS, IND 46205

INDIANAPOLIS IN 462

MX-14-B

ID 2700008

LEROY J STANSBERRY

Anchorage Correctional Complex East
1400 E 4th Ave
Anchorage, AK 99501-2857

PLEASE UPDATE ADDRESS WITH SENDER

RECEIVED SEP 07 2023



heartline

A Hallmark COMPANY

Hallmark Cares
Visit Hallmark.com/ourplanet

THIS CARD IS MADE WITH PAPER FROM WELL-MANAGED FORESTS.

© HALLMARK LICENSING, LLC
HALLMARK MARKETING COMPANY, LLC
KANSAS CITY, MO 64141
MADE IN U.S.A.
Hallmark.com

LAE 1394

0 09200 29479 0

*"A brother is a special gift*

*you're always grateful for,*

*because there's no one else on earth*

*you trust and count on more."*

With **THANKS**
for being the wonderful brother
you are...

With **WISHES**
for the wonderful birthday
you deserve.

Love You Bro

Jack

8/28/2023



9-11-23
& CONFIDENTIAL
THIS LETTER WAS WRITTEN BY AN INMATE AT AN ALASKA JAIL PLEASE DO NOT SEND CASH IN THE MAIL
In The United States District Courtroom
Anchorage, Alaska 99513